UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL JOHN MALONE, | ) | Case No. EDCV 10-1555 R(JC) |
| | ) | |
| Petitioner, | ) | (PROPOSED) |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| KELLY HARRINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: Nov. 16, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE